862 A.2d 586

Andrew SNYDER, Respondent,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT
OF TRANSPORTATION, BUREAU OF DRIVER
LICENSING, Petitioner.

Supreme Court of Pennsylvania.

Nov. 17, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of November, 2004, the Petition of Allowance of Appeal is hereby granted and the order of the Commonwealth Court is reversed based on this Court's decision in *Siekierda v. Commonwealth of Pennsylvania, Dep't of Transp.*, 580 Pa. 259, 860 A.2d 76, 2004 WL 2359860 (Pa. October 20, 2004).